IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLEN MILLER and CHARLES FEUER, w/h | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-2495 |
| WHOLE FOODS MARKET, INC. and | : | |
| WHOLE FOODS MARKET, INC. | : | |

## ORDER

AND NOW, this 15th day of November, 2022, upon consideration of Plaintiffs Ellen Miller and Charles Feuer's Motion to Remand to Philadelphia County Court of Common Pleas (Document No. 7) and Defendants' Response in Opposition (Document No. 8), it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,      C.J.